AO 455 (Rev.5/85) Waiver of Indictment

**FILED**

**APR 29 2013**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 13-30086-GPM |
| ) | |
| ANTWAYNE B. CRUMBLE, ) | |
| DANYELLE X MCNEIL, ) | |
| T. ) | |
| Defendants. ) | |

## *WAIVER OF INDICTMENT*

I, ANTWAYNE B. CRUMBLE, the above-named defendant, who is accused of Conspiracy to Commit Student Loan Fraud, Mail Fraud and Wire Fraud, in violation of: Title 18 United States Code, Section 371, being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive in open court on  4-29-2013 , prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer