IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 13-30086-GPM |
| | ) |
| DANYELLE T. McNEIL | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF ARRAIGNMENT ON INFORMATION
## AND PLEA OF NOT GUILTY

Danyelle mcNeil defendant herein, hereby acknowledges receipt of the Information filed in this case on 4/29/13 and I acknowledge that I have read the Information, or had it read to me, and further acknowledge that I understand the nature of the charges against me. Defendant WAIVES formal arraignment on the Information. This waiver is made voluntarily and with the assistance of counsel. It shall be CONSTRUED as a complete waiver of any rights created by or existing pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as well as any rights which may exist pursuant to the United States Constitution to arraignment in open court on the Information.

Danyelle T. McNeil defendant herein, hereby ENTERS a plea of not guilty to all charges contained in the Information.

DATED: 4/29/13

_____
Defendant

DATED: 4/29/13

_____ 3839
Attorney for Defendant

(Rev. 9/9/96)